IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

UNITED STATES OF AMERICA

Plaintiff

vs                                                    CRIMINAL 08-0281CCC

1) ISMAEL VAZQUEZ-LARRAURI, a/k/a Tara,
a/k/a Junito, a/k/a El Gordo

2) VICTOR RODRIGUEZ-RIVERA, a/k/a Vitín

3) HIRAM TORRES-AVILES, a/k/a Bizcocho

4) ADALBERTO LEON-COLLAZO, a/k/a Berto

5) LUIS CARTAGENA-CARRASQUILLO,
a/k/a Luis Moco

6) JULIO MORALES-VAZQUEZ, a/k/a Julio
Quilla

7) JOSE RIOS-HERNANDEZ, a/k/a El Gordo
de la Vega, a/k/a Tati Ríos

8) JOSE O. VAZQUEZ-FIGUEROA,
a/k/a Chopa

9) NELSON CARDONA-SANTIAGO

10) FELIPE LOPEZ-DE LA CRUZ

11) BRENDA RODRIGUEZ-MARQUEZ,
a/k/a La Punky

12) JOSE RICARDO BURGOS-RESTO,
a/k/a Ricky Burgos

13) JAIRO VELAZQUEZ-RIVERA

14) FERNANDO GONZALEZ-COLON,
a/k/a Naldin

15) HECTOR DIAZ-NOGUERAS, a/k/a Chico

16) EDWIN SANTOS-MARTINEZ, a/k/a Chino,
a/k/a Chinito

17) LUIS ROSARIO-RIVERA, a/k/a Luis el
Negro

18) ROBERTO ORTIZ-RODRIGUEZ,
a/k/a Robert el Viejo

19) ELIEZER BURGOS-TORRES, a/k/a Eli

20) JOSE JIMENEZ-ROBLES, a/k/a Joy

21) ANGEL IGARAVIDEZ-GONZALEZ,
a/k/a Bebo

22) LEONARDO RIVERA-VICENTE, a/k/a Naldi

23) HECTOR L. VAZQUEZ-NIEVES,
a/k/a Hectitor

CRIMINAL 08-0281CCC                    2

24) VICTOR SUAREZ-LAGO, a/k/a Pakay

25) ABRAHAM GARCIA-RIVERA, a/k/a Juni,
a/k/a Juni Morrina

26) ALEXANDER ARROYO-GONZALEZ,
a/k/a Alex Colchoneta

27) JOSE L. GONZALEZ-RIVERA, a/k/a Cano
Diente

28) CARLOS O. RIVERA-RODRIGUEZ,
a/k/a Carlos Omar

29) EFRAIN SANTIAGO-BURGOS,
a/k/a Miyagui

30) NOELIA LOPEZ-ORTIZ

31) EUCLIDES DE JESUS-ROSA, a/k/a Clidu,
a/k/a El Viejo de Coamo

32) MARLYN MARCANO-LOPEZ

33) ESTEBAN O. SERATE-SANTIAGO,
a/k/a Omi el Negro

34) JASON JAUME-SUAREZ, a/k/a Jason

35) JAVIER CASTRO-SUAREZ, a/k/a Javi

36) OMAR RODRIGUEZ-ARROYO, a/k/a Omi
Planicie

37) ALEX M. TRINIDAD, a/k/a Alex

38) CARLOS A. RIVERA-MALAVE, a/k/a La
Ponca

39) JUAN C. SANTEL-MELENDEZ,
a/k/a Melaza

40) RAYMOND RIVERA-RIVERA

41) CHRISTIAN ORTIZ-MELENDEZ

42) SERGIO RODRIGUEZ-MENDOZA

43) CARLOS SUAREZ-VEGA, a/k/a Bribón

44) MIGUEL VELEZ-BONILLA, a/k/a Cano,
Cachete

45) JOSE R. ORTIZ-RIVERA, a/k/a Pito

46) JOSE LUIS LOPEZ-MENDEZ, a/k/a Ñoño,
a/k/a Kiko

47) ENRIQUE RODRIGUEZ-MARQUEZ

48) CARLOS ROSARIO-ROSARIO, a/k/a Pinto

49) ALEX ORTIZ-CARABALLO, a/k/a Bocudo,
a/k/a Mocudo, a/k/a Flaco

CRIMINAL 08-0281CCC                    3

50) GERARDO MARCANO-RIVERA,
a/k/a Bebe

51) ISMAEL OCASIO-LAGO, a/k/a Ismaelito,
a/k/a Esquimalito

52) WILLIAM VAZQUEZ-RIVERA, a/k/a Cabito

53) ANGELICA DELGADO-VALDEZ,
a/k/a Angie

54) NELSON MARTINEZ-ROMAN

55) HUMBERTO CARABALLO-RESTO,
a/k/a Papo XXX

56) RAMON FALCON-SANTOS, a/k/a Bebe

57) OBED JIMENEZ-ROBLES

58) ANGEL R. LAGO-CAMACHO, a/k/a Rafi

59) JOVANNY SIERRA-ORTIZ

60) ZANDY TORRES-MENDEZ

61) ALEXIS LOPEZ-PEREZ, a/k/a Pamela

62) JOSE BARRETO-LUGO

63) JOSE A. ORTIZ-RIOS, a/k/a Papo Lover

64) BENJAMIN CLAUDIO-COTTO, a/k/a Puchi

65) OSVALDO IRIZARRY-RIVERA,
a/k/a El Gringo

66) ERIC A. RODRIGUEZ-MARTINEZ,
a/k/a Testin

67) DIGNA VIOLETA-LARRAURI

68) VANESSA RIVERA-MELENDEZ,
a/k/a Vanessa Black Angus

**69) NELIDA ORTIZ**

70) RICARDO ORTIZ-RIVERA, a/k/a Deo

71) YARITZA MELENDEZ-FUENTES

Defendants

**ORDER**

Having considered the Report and Recommendation filed on October 16, 2012
(**docket entry 2981**) on a Rule 11 proceeding of defendant Nélida Ortiz (69) held before
U.S. Magistrate Judge Marcos E. López on September 18, 2012, to which no objection has

CRIMINAL 08-0281CCC                           4

been filed, the same is APPROVED.   Accordingly, the plea of guilty of defendant is accepted.   The Court FINDS that her plea was voluntary and intelligently entered with awareness of her rights and the consequences of pleading guilty and contains all elements of the offense charged in the indictment.

This case was referred to the U.S. Probation Office for preparation of a Presentence Investigation Report since September 18, 2012.   The **sentencing hearing is set for December 13, 2012 at 4:30 PM**.

SO ORDERED.

At San Juan, Puerto Rico, on November 15, 2012.

S/CARMEN CONSUELO CEREZO
United States District Judge